

1994 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-1994

# Sinnovich v. Port Authority of Allegheny County

Precedential or Non-Precedential:

Docket 92-3135

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1994

Recommended Citation

"Sinnovich v. Port Authority of Allegheny County" (1994). *1994 Decisions.* Paper 17.
http://digitalcommons.law.villanova.edu/thirdcircuit_1994/17

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1994 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 92-3135

_____

JUDITH ROSE SINNOVICH,

Appellant

v.

PORT AUTHORITY OF ALLEGHENY COUNTY

_____

On Appeal from the United States District
Court for the Western District of Pennsylvania
(D.C. Civil No. 0315-2 : 89-01524)

_____

PRESENT:  SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN,
GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, and
LEWIS, Circuit Judges.

O R D E R

After further consideration, the Court hereby vacates
the order of January 15, 1993 granting rehearing in banc.

By the Court,

/s/ Dolores K. Sloviter
_____
Chief Judge

Dated:  May 17, 1994